**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Javier Balderas VILLANUEVA,**
**Defendant–Appellant.**

**No. 04–11510.**

United States Court of Appeals,
Fifth Circuit.

Decided June 23, 2005.

Susan B. Cowger, Aaron Wiley, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Carlos R. Cardona, Assistant Federal Public Defender, Jason Douglas Hawkins, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before WIENER, STEWART, and DENNIS, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand the case to the Northern District of Texas, Dallas Division for resentencing is GRANTED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

